UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------------x

BAI WEN, CAO XIAOLING, CAO YAN, CAO YEQIAN, CHEN BIN, CHEN LI, CHEN QIANG, CHEN WEILI, CHENG FANGZHOU, CHU MIN, FENG YING, GAO GUANGFENG, GU DANHUI, HAN MINGYUAN, HU LAN, HU MIN, HU WENSHU, HUANG HUI, HUANG WEI, HUANG XIUWEN, JIANG GUOSHUN, JIANG PEIYU, JIANG XUEFEN, JING LILI, HAN WENSHENG, KIT PING JACKY KWOK, LAI YONGHE, LAU KWAN, LI HUILING, LI JINLONG, LI LIQIAN, LI MINGHUA, LI PEIJUN, LI QIANG, LI QINGHUA, LI XUE, LI YUHAO, LI YUHUAI, LIANG WEI, LIN SHUANGPING, LIN YONGQIANG, LIU JINGHUI, LIU MING, LIU WENJIE, LIU ZHE, MA AIQIN, MA ZHANHUA, MAO ZHENG, NI LI, PING JIE, QI PEIXIN, WU LIANGLIANG, QUE WEI, REN RONGRONG, SHAN DANDAN, SHAN WEI, SHEN CONGYING, SHEN HUIYU, SHI YIQUN, SHU LINGLI, SONG CHAO, SONG XIAOYING, SUN HAO, SUN XIN, SUN YAN, SUN YUXIN, TAN MANFANG, TENG LEZHI, WAN LILI, WANG YINGMING, WANG CHAO, WANG CHUANHONG, WANG NINGHONG, WANG YANG, WANG YATAO, WANG JIANPING, WU DING, XIONG XIN, XU JIEPING, XU MINXIA,YANG LI, YANG MENG, YANG XUELI, YE QIANG, YE XIN, YIN YOUGENG, YING JIANFENG, YU QIZHEN, YU ZHAOHUI, YVONNE ZHU, ZHANG HUI, ZHANG PINGJUN, ZHANG QIAN, ZHANG SHOUTAO, ZHANG XUEMEI, ZHANG YUESHENG, ZHANG YUMEI, ZHANG ZEYU, ZHAO JIAXU, ZHAO MENGSHI, ZHAO YANGYANG, ZHENG HONGFEI, ZHENG YONG, ZHOU LINA, ZHOU YIN, ZHU FENGBO, and ZHU LIYI, individually and derivatively on behalf of GEORGE WASHINGTON BRIDGE BUS STATION AND INFRASTRUCTURE DEVELOPMENT FUND, LLC and GEORGE WASHINGTON BRIDGE BUS STATION AND INFRASTRUCTURE DEVELOPMENT FUND, PHASE II, LLC,

        Plaintiffs,

     – against –

NEW YORK CITY REGIONAL CENTER, LLC,

        Defendant.

No.  1:22-cv-07383-LJL

Hon. Lewis J. Liman

**NOTICE OF DEFENDANT'S MOTION TO DISMISS THE COMPLAINT**

**ORAL ARGUMENT REQUESTED**

2

**PLEASE TAKE NOTICE** that upon the accompanying memorandum of law, the

supporting declaration of David J. Lender, and the exhibits attached thereto, Defendant moves

this Court, before the Honorable Lewis J. Liman, United States District Judge, United States

District Court for the Southern District of New York, 500 Pearl Street, Courtroom 15C, New

York, NY 10007, for an Order dismissing the Complaint pursuant to Federal Rule of Civil

Procedure 12(b)(6).


Dated:  New York, New York
        October 31, 2022

                                        By:     */s/ David J. Lender*
                                                David J. Lender
                                                Jessica F. Falk
                                                A.J. Green
                                                Weil, Gotshal & Manges LLP
                                                767 Fifth Avenue
                                                New York, New York 10153
                                                David.Lender@weil.com
                                                Jessica.Falk@weil.com
                                                A.J.Green@weil.com
                                                (212) 310-8000

                                                *Counsel for Defendant*