UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------------x

BAI WEN, CAO XIAOLING, CAO YAN, CAO YEQIAN, CHEN BIN, CHEN LI, CHEN QIANG, CHEN WEILI, CHENG FANGZHOU, CHU MIN, FENG YING, GAO GUANGFENG, GU DANHUI, HAN MINGYUAN, HU LAN, HU MIN, HU WENSHU, HUANG HUI, HUANG WEI, HUANG XIUWEN, JIANG GUOSHUN, JIANG PEIYU, JIANG XUEFEN, JING LILI, HAN WENSHENG, KIT PING JACKY KWOK, LAI YONGHE, LAU KWAN, LI HUILING, LI JINLONG, LI LIQIAN, LI MINGHUA, LI PEIJUN, LI QIANG, LI QINGHUA, LI XUE, LI YUHAO, LI YUHUAI, LIANG WEI, LIN SHUANGPING, LIN YONGQIANG, LIU JINGHUI, LIU MING, LIU WENJIE, LIU ZHE, MA AIQIN, MA ZHANHUA, MAO ZHENG, NI LI, PING JIE, QI PEIXIN, WU LIANGLIANG, QUE WEI, REN RONGRONG, SHAN DANDAN, SHAN WEI, SHEN CONGYING, SHEN HUIYU, SHI YIQUN, SHU LINGLI, SONG CHAO, SONG XIAOYING, SUN HAO, SUN XIN, SUN YAN, SUN YUXIN, TAN MANFANG, TENG LEZHI, WAN LILI, WANG YINGMING, WANG CHAO, WANG CHUANHONG, WANG NINGHONG, WANG YANG, WANG YATAO, WANG JIANPING, WU DING, XIONG XIN, XU JIEPING, XU MINXIA,YANG LI, YANG MENG, YANG XUELI, YE QIANG, YE XIN, YIN YOUGENG, YING JIANFENG, YU QIZHEN, YU ZHAOHUI, YVONNE ZHU, ZHANG HUI, ZHANG PINGJUN, ZHANG QIAN, ZHANG SHOUTAO, ZHANG XUEMEI, ZHANG YUESHENG, ZHANG YUMEI, ZHANG ZEYU, ZHAO JIAXU, ZHAO MENGSHI, ZHAO YANGYANG, ZHENG HONGFEI, ZHENG YONG, ZHOU LINA, ZHOU YIN, ZHU FENGBO, and ZHU LIYI, individually and derivatively on behalf of GEORGE WASHINGTON BRIDGE BUS STATION AND INFRASTRUCTURE DEVELOPMENT FUND, LLC and GEORGE WASHINGTON BRIDGE BUS STATION AND INFRASTRUCTURE DEVELOPMENT FUND, PHASE II, LLC,

                Plaintiffs,

          – against –

NEW YORK CITY REGIONAL CENTER, LLC,

                Defendant.

No. 1:22-cv-07383-LJL

Hon. Lewis J. Liman

**DECLARATION OF DAVID J. LENDER IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS THE COMPLAINT**

**DAVID J. LENDER**, an attorney duly admitted to practice in the Southern District of New York, declares the following under penalty of perjury:

1.      I am a partner at the law firm of Weil, Gotshal & Manges LLP, counsel for Defendant New York City Regional Center LLC ("NYCRC"). I respectfully submit this Declaration in Support of Defendant's Motion to Dismiss the Complaint (the "Motion").[1]

2.      Attached hereto as <u>Exhibit A</u> are true and correct copies of the Subscription Agreement executed by each of the Phase I Investors, compiled in alphabetical order.

3.      Attached hereto as <u>Exhibit B</u> is a true and correct copy of the Confidential Private Offering Memorandum of the George Washington Bridge Bus Station and Infrastructure Development Fund, LLC, dated July 18, 2011.

4.      Attached hereto as <u>Exhibit C</u> are true and correct copies of the Escrow Agreement executed by each of the Phase I Investors, compiled in alphabetical order.

5.      Attached hereto as <u>Exhibit D</u> are true and correct copies of the Operating Agreement for Fund I dated March 11, 2011 executed by each of the Phase I Investors, compiled in alphabetical order.

6.      Attached hereto as <u>Exhibit E</u> is a true and correct copy of the Loan Agreement between George Washington Bridge Bus Station and Infrastructure Development Fund, LLC ("Fund I") and George Washington Bridge Bus Station and Infrastructure Development Venture, LLC (the "Developer"), dated July 20, 2011.

7.      Attached hereto as <u>Exhibit F</u> is a true and correct copy of the Agreement of Lease between The Port Authority of New York and New Jersey and the Developer, dated as of July 21, 2011.

---

[1] Capitalized terms used but not defined herein shall have the same meaning ascribed to such terms in the Motion.

8.      Attached hereto as Exhibit G are true and correct copies of the Subscription Agreement executed by each of the Phase II Investors, compiled in alphabetical order.

9.      Attached hereto as Exhibit H is a true and correct copy of the Confidential Private Offering Memorandum of the George Washington Bridge Bus Station and Infrastructure Development Fund, Phase II, LLC, dated April 7, 2014.

10.     Attached hereto as Exhibit I are true and correct copies of the Escrow Agreement executed by each of the Phase II Investors, compiled in alphabetical order.

11.     Attached hereto as Exhibit J are true and correct copies of the Operating Agreement for George Washington Bridge Bus Station and Infrastructure Development Fund, Phase II, LLC ("Fund II") dated April 7, 2014 executed by each of the Phase II Investors, compiled in alphabetical order.

12.     Attached hereto as Exhibit K is a true and correct copy of the Amended and Restated Limited Liability Company Agreement of GWB Leverage Lender, LLC by and between Fund II and GWB Development Partners LLC, dated April 7, 2014.

13.     Attached hereto as Exhibit L is a true and correct copy of the Loan Agreement between the Developer and GWB Leverage Lender, LLC, dated April 7, 2014.

Dated:  October 31, 2022          /s/ David J. Lender
        New York, New York        David J. Lender
                                  WEIL, GOTSHAL & MANGES LLP
                                  767 Fifth Avenue
                                  New York, New York 10153
                                  David.Lender@weil.com
                                  (212) 310-8000

                                  Counsel for Defendant

3